SAMUEL RACHELS, APPELLANT, v. ANNIE H. PEPOON, RESPONDENT.

Submitted May 27, 1927—Decided October 17, 1927.

For the appellant, *Frank G. Turner.*

For the respondent, *Jacob I. Jaffe.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISCH, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 10.

*For reversal*—WHITE, J. 1.